# UNITED STATES DISTRICT COURT
for the
District of Maine

| | |
|---|---|
| STEPHANIE TAMAKI, | ) |
| Plaintiff | ) |
| v. | ) Civil Case No: 23-312 |
| ATSUSHI TAMAKI, a/k/a ATCHAN TAMAKI | ) |
| Defendant | ) |

## COMPLAINT

NOW COMES the Plaintiff and complaints as follow:

1. The Plaintiff is a resident of Saratoga, County of Santa Clara, State of California.

2. The Defendant is a resident of Portland, County of Cumberland, State of Maine.

3. The Jurisdiction is properly laid by diversity of citizenship, pursuant to 28 U.S.C. § 1332.

4. The Parties are citizens of different states.

5. The amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

6. At the time of the events described below, the Plaintiff was a minor. She was born on 8/21/1982.

### COUNT I- SEXUAL ASSAULT AND BATTERY

7. The Plaintiff is the adoptive daughter of the Defendant. During the Plaintiffs childhood, the Defendant was married to the Plaintiffs mother, Shinobu.

8. In the mid 1990's, the Plaintiff was living at the homes of the Defendant, located at Blanchard Road and later 4 Balsam Drive, both in Cumberland, ME.

9. The Defendant worked as a lobsterman and sushi maker.

1

10. The Defendant would take baths with the Plaintiff and her older sister, Jennifer. The girls were approximately 5-7 years old at the time. The Defendant would tell the young girls that they were supposed to "bathe" him. By that, he meant to stroke his penis until he ejaculated. Sometimes, he would tell them to stroke harder. Then, he would ejaculate in the bathtub.

11. Later, after the family moved from Blanchard Road to Balsam Drive, the defendant would sneak into the plaintiffs bedroom and climb into bed with her. This would happen early in the morning, on weekends when the defendant was not working. He would tickle her stomach, touch her breasts and fondle her genitalia.

12. Around 1996 the Plaintiffs sister Jennifer made a report to her high school guidance counselor, who reported the matter to the authorities.

13. As a result of the abuse, and its disclosure to authorities, the Plaintiff was forced to relocate. She moved from Cumberland, Maine to Japan, where she lived with her mother and younger siblings.

14. As a result of the long-standing sexual abuse, the Plaintiff suffered severe emotional distress, pain and suffering, loss of enjoyment of life, and permanent psychological trauma.

15. The Defendant committed acts of sexual abuse towards minors. These acts constitute assault and battery.

16. In committing the aforementioned acts of sexual assault and battery, the Defendant acted willfully, for the purpose of sexual gratification.

17. The Plaintiff is entitled to both punitive and compensatory damages, plus interests and costs.

WHEREFORE, the Plaintiff prays that this Court issue a judgment in the appropriate dollar amount, for punitive and compensatory damages, interest and costs, and such further and other relief, as the Court deems proper.

## COUNT II - INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

19. The Defendant's aforementioned conduct was extreme and outrageous.

20. The Defendant's conduct caused the Plaintiff severe emotional distress.

21. The Defendant intentionally or recklessly inflicted severe emotional distress on the Plaintiff.

22. The Defendant was certain or substantially certain that such distress would result from his conduct.

23. The conduct was so extreme and outrageous as to exceed all possible bounds of decency.

24. The Defendant's conduct was atrocious and utterly intolerable in a civilized society.

25. The emotional distress suffered by the Plaintiff was so severe that no reasonable person could be expected to endure it.

WHEREFORE, the Plaintiff prays that this court issue judgment in such appropriate dollar amount as the court deems appropriate for both compensatory and punitive damages, together with interest and costs.

DATED:           , 2024~~23~~           /s/   Robert A Levine

 ──────────────────────────
Robert A Levine, Esquire
Bar #3845
Attorney for the Plaintiff
17 South Street
Portland, ME  04101
(207) 871-0036