# UNITED STATES DISTRICT COURT
for the
District of Maine

| | |
|---|---|
| STEPHANIE TAMAKI,            )<br>                              )<br>        Plaintiff              )<br>                              )<br>v.                            )<br>                              )<br>ATSUSHI TAMAKI,               )<br>                              )<br>        Defendant             ) | CIVIL ACTION NO: 2:23-cv-00312-LEW |

### MOTION FOR HEARING ON PLAINTIFF'S MOTION FOR RECONSIDERATION

**NOW COMES** the Plaintiff, by and through undersigned counsel, and moves for a hearing on the Plaintiff's motions for sanctions and for reconsideration, as follows:

1. Pending is the Plaintiff's motion for sanctions, filed 5/28/2025, and the Plaintiff's motion for reconsideration, filed 6/25/2025.

2. Both motions remain pending, under advisement by the District Court.

3. On 6/18/2025, the clerk submitted "clerk's Fifth Supplemental Certificate" to the First Circuit, including ECF 90, "Indicative Ruling re (ECF) 86".

4. In its indicative ruling the Court finds that "Defendant's Motion for Relief from Default Judgment "raises a substantial issue" for hearing that would be attended to presently but for the court's lack of jurisdiction due to Defendant's pending appeal".

5. Notice of this indicative ruling was sent to the First Circuit by the Defendant.

6. To date the First Circuit has not remanded the matter, or ruled on the pending appeal.

7. An appeal has been pending at the First Circuit since 8/26/2024.

8. The Plaintiff would like the opportunity to make oral argument on both pending motions, as well as present witness testimony, if necessary.

9. In its indicative ruling, the Court states "At present, I anticipate only the appropriateness of a hearing.  I do not suggest the existence of any malfeasance beyond a possible

    misrepresentation by the process server concerning his efforts in relation to service of Defendant at his abode".

10. The process server, Sam Rinaldi, is ready, willing, and able to testify once again as to his efforts to serve the Defendant at his house, as well as his place of business.  Mr. Rinaldi is 92 years old.  Time is of the essence to take his testimony.

11. The granting of a hearing on the Plaintiff's motion for reconsideration will promote judicial economy, and potentially avoid the need for remand by the First Circuit.

12. The granting of the hearing will address the Court's concern about "possible misrepresentation by the process server".

13. The granting of a hearing will also allow the court to address what sanctions, if any, are appropriate.

Dated:  October 21, 2025           /s/Robert A. Levine, Esq.

                      attorneyralevine@gmail.com
                      17 South Street
                      Portland, Maine 04101
                      207-871-0036

                      /s/Peter E. Rodway, Esq.
                      peter@rodwaylaw.com
                      P.O. Box 444
                      Portland, Maine 04112-0444
                      207-773-8449

## CERTIFICATE OF SERVICE

I hereby certify that on, I electronically filed the foregoing using the CM/ECF system, which will cause a copy to be sent to all counsels of record.

Dated: October 21, 2025            /s/Robert A. Levine, Esq.
                      attorneyralevine@gmail.com
                      17 South Street
                      Portland, Maine 04101
                      207-871-0036

                      /s/Peter E. Rodway
                      peter@rodwaylaw.com
                      P.O. Box 444
                      Portland, Maine 04112-0444
                      (207)773-8449