# United States Court of Appeals
## For the First Circuit

No. 24-1791

STEPHANIE TAMAKI,

Plaintiff - Appellee,

v.

ATSUSHI TAMAKI, a/k/a Atchan Tamaki,

Defendant - Appellant.

No. 25-2217

STEPHANIE TAMAKI,

Plaintiff - Appellee,

v.

ATSUSHI TAMAKI, a/k/a Atchan Tamaki,

Defendant - Appellant.

**ORDER OF COURT**

Entered: April 7, 2026

These appeals are before the court on "Defendant-Appellant's Notice to Circuit Clerk of District Court's Second Indicative Ruling and Motion to Remand . . . ." Defendant-Appellant invokes Fed. R. Civ. P. 62.1 and Fed. R. App. P. 12.1 and seeks remand to the district court following the district court's March 20, 2026, "Supplemental Indicative Ruling . . . ." Upon consideration, the motion is <u>granted</u>, and the matter is <u>remanded</u> to the district court for the limited purpose of ruling on Defendant-Appellant's renewed motion to vacate.

These appeals will remain pending and are stayed pending further order. Defendant-Appellant should file status reports at 60-day intervals, the first due 60 days from entry of this order, updating the court on the status of underlying proceedings. Once the district court has ruled on the renewed motion to vacate, Defendant-Appellant promptly should file a notice to that effect

and, in that filing, should propose a course for further proceedings in these two appeals. Plaintiff-Appellee may file a response to the notice just described within 7 days of service.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Hon. Lance E. Walker
Jennifer Lyons, Clerk, United States District Court for the District of Maine
Robert A. Levine
Peter Earl Rodway
Peter Joseph Cyr
Yunchao Song
James J. Berdelle